DORCIE CRAIG, Plaintiff-Appellee, *v.* OREADIS CRAIG, Defendant-Appellant.

(No. 72-177;

Second District—May 11, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Berry & Simmons, of Rockford, for appellant.

No appearance for appellee.